**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **FRANCO ENRIQUE BACCIARINI NUNEZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2195-KC** |
| | § | |
| **WARDEN, ERO EL PASO CAMP EAST MONTANA, et al.** | § | |
| | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered Franco Enrique Bacciarini Nunez's Petition for a Writ of Habeas Corpus, ECF No. 1. On September 4, 2026, the Court ordered Respondents by no later than September 11, 2026, to either (1) provide Bacciarini Nunez with a bond hearing before an immigration judge ("IJ"), or (2) release him from custody under reasonable conditions of supervision. Sep. 4, 2026, Order 4, ECF No. 4. Respondents now inform the Court that, on September 10, 2026, an IJ granted bond. Status Report, ECF No. 5; *see id*. Ex. A ("IJ Order"), ECF No. 5-1.

Therefore, it appears that that no matters remain pending for the Court's consideration. *See generally* Pet.; Sep. 4, 2026, Order. Accordingly, **the Clerk shall close the case**.

**SO ORDERED.**

**SIGNED this 14th day of September, 2026.**

Kathleen Cardone

**KATHLEEN CARDONE**
**UNITED STATES DISTRICT JUDGE**